KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
450 Golden Gate Avenue, 10th Floor
San Francisco CA  94102-3495
Telephone:     (415) 436-6813
Facsimile:      (415) 436-6748

Attorneys for Federal Defendant HUD

JAMES C. STURDEVANT (SBN 94551)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California   94111
Telephone:     (415) 477-2410
Facsimile:      (415) 477-2420

E. GERARD MANNION (SBN 77287)
WES LOWE (SBN 111761)
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone:     (415) 733-1050
Facsimile:      (415) 434-4810

Attorneys for Plaintiff JESSE LANE

APPROVED
Judge Fern M. Smith
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE LANE,<br><br>        Plaintiff,<br><br>   vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>        Defendant. | **CASE NO.  C-03-5777 FMS**<br>**E-FILING CASE**<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  June 16, 2005<br>Time:  2:00 p.m.<br>Dept:  5, 17th Floor |

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties to the above-entitled action jointly submit this Updated Case Management Statement.

I.  **DEVELOPMENTS SINCE LAST CMC**

Since the last CMC, plaintiff has taken two more depositions after already having deposed Tony Karpowicz, the person designated by HUD as its most knowledgeable person under FRCP 30(b)(6).

Defendant believes that it has fully complied with its obligations under FOIA. Plaintiff intends to conduct additional discovery. Defendant believes that a factual discovery cut-off should be set for September 15, 2005. Plaintiff believes that any factual discovery cut-off should be decided at the next case management conference.

The parties jointly request that the currently scheduled case management conference be continued to a date in mid-October, 2005.

DATED: June 9, 2005               THE STURDEVANT LAW FIRM
                                  A Professional Corporation

                                  MANNION & LOWE


                                  By: _____/s/_____
                                      WESLEY LOWE
                                      Attorneys for Plaintiff JESSE LANE

DATED: June 9, 2005               UNITED STATES ATTORNEY
                                  KEVIN RYAN



                                  By: _____/s/_____
                                      Andrew Y.S. Cheng
                                      Assistant United States Attorney
                                      Attorneys for Federal Defendant HUD

1

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT