```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  ANDREW Y.S. CHENG (SBN 164613)
    Assistant United States Attorney
 4
         450 Golden Gate Avenue,10th Floor
 5       San Francisco, California 94102-3495
         Telephone:    (415) 436-6813
 6       Facsimile:    (415) 436-6748
         Email:        andrew.cheng@usdoj.gov
 7
    Attorneys for Federal Defendant HUD
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE LANE,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendant. | No. C 03-5777 CW<br>**E-FILING CASE**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: October 14, 2005<br>Time: 1:30 p.m.<br>Ctrm: 2, 4th Floor |

   The parties, by and through their respective attorneys, request that the case management conference currently scheduled in this case on **October 14, 2005, at 1:30 p.m.** be continued to **October 28, 2005**, at 1:30 p.m.

   The request is based on defense counsel's conflicting jury trial in the case of *Siam v. Potter*, C04-00129 MHP, which is scheduled to last from October 4, 2005 to October 17, 2005..

   Plaintiff's counsel has no objection to the above continuance.

               Respectfully submitted,

               KEVIN V. RYAN
               United States Attorney

Dated: September 22, 2005

                 /s/_____
               ANDREW Y.S. CHENG
               Assistant United States Attorney

1  Dated: September 22, 2005               ____/s/_____
                                           WESLEY LOWE
2                                          Attorney for Plaintiff

3
                            **ORDER**
4

5
       The case management conference is continued to October 28, 2005, at 1:30 p.m.
6
   **IT IS SO ORDERED.**
7

8
              9/30/05
9  Dated: _____            _____

10                                   CLAUDIA WILKEN
                                     United States District Judge
11

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE,
C 03-5777 CW                           2