E. Gerard Mannion (State Bar #77287) gmannion@sbcglobal.net
Wesley M. Lowe (State Bar #111761) wlowe@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

James C. Sturdevant (State Bar #94551) jim@sturdevantlaw.com
Sylvia Sokol (State Bar #200126) sylvia@sturdevantlaw.com
THE STURDEVANT LAW FIRM
475 Sansome Street, Suite 1750
San Francisco, California 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiff
JESSE LANE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JESSE LANE,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Case No. C-03-05777 CW<br><br>STIPULATION TO EXTEND CUT-OFF FOR COMPLETION OF FACT DISCOVERY TO ALLOW PLAINTIFF TO TAKE DEPOSITIONS OF DESIGNEES OF DEFENDANT U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ORDER [PROPOSED] |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff Jesse Lane and defendant U.S. Department of Housing and Urban Development, through their attorneys of record, the undersigned, that the December 30, 2005 cutoff for completion of fact discovery is extended only to allow plaintiff to take and complete the depositions of the designees of defendant U.S. Department of Housing and Urban Development pursuant to plaintiff's Notice of Taking Depositions dated December 12, 2005.

This Stipulation alters an event or deadline already fixed by the Court order, and thus is

1

submitted pursuant to Local Rules 6-1 and 6-2.

Dated: December 19, 2005             THE STURDEVANT LAW FIRM

                                     MANNION & LOWE
                                     A Professional Corporation


                                     By: _____/s/_____
                                         Wesley M. Lowe
                                         Attorneys for Plaintiff
                                         JESSE LANE

Dated: December 19, 2005             UNITED STATES ATTORNEY
                                     KEVIN RYAN


                                     By: _____/s/_____
                                         Andrew Y.S. Cheng
                                         Assistant United States Attorney
                                         Attorneys for Federal Defendant HUD


                                     ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/10/06

Dated: ~~December ___, 2005~~        By: _____
                                         CLAUDIA WILKEN
                                         United States District Judge

G:\Main Group\Clients\Lane\v. HUD\Pleadings\Stip.EXT.wpd

**GRANTED**
*Claudia Wilken*
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

Stipulation to Extend Discovery Cutoff; Order [Proposed]